| | |
|---|---|
| IN RE: | CASE NO. 21-51553 |
| ANGELA MARIE QUINN | CHAPTER 7 |
|     Debtor | REPORT OF UNCLAIMED DIVIDEND |

    Harold A. Corzin, Trustee herein, reports that check #101 was issued on March 16, 2022 to the claimant set forth below as and for a first and final dividend in this estate, in the amount set forth below, but that said check has not been negotiated. The Trustee thus issues check #102 to the Clerk of Courts in the amount of $3,296.81 as and for an unclaimed dividend herein for the Claimant as set forth below.

Angela Marie Quinn
3425 W. Prescott Circle
Cuyahoga Falls, Ohio 44223

    /s/ Harold A. Corzin
HAROLD A. CORZIN, TRUSTEE
304 N. Cleveland-Massillon Road
Akron, Ohio 44333
(330) 670-0770
(330) 670-0297 Facsimile
Hcorzin@corzinlaw.com

June 15, 2022

cc: U. S. Trustee